FANNIE DRAZNER, as Administratrix, etc., of SARAH SHNEERMAN, Deceased, Appellant, v. JOHN J. LEVBARG, Respondent.— Order reversed, with ten dollars costs and disbursements, and motion to vacate notice of examination denied as

to items 1, 2, 3, 4 and 5 of the notice of motion, and granted as to items 6 and 7. The date for the examination to proceed to be fixed in the order. No opinion. Settle order on notice. Present — Clarke, P. J., Dowling, Finch, Martin and Wagner, JJ.; Martin, J., dissents.

ANDREW BRANNIGAN, Appellant, v. HERKINS & COMPANY, INC., Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Finch, Martin and Wagner, JJ.